NUMBER 13-05-573-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


REYNALDO F. MORALES, ET AL., Appellants,


v.



UNION CARBIDE CORPORATION, ET AL., Appellees.

_______________________________________________________


On appeal from the 319th District Court


of Nueces County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam



 Appellants, REYNALDO F. MORALES, ET AL., attempted to perfect an appeal
from an order entered by the 319th District Court of Nueces County, Texas, in cause
98-0394-G. 

 A review of the documents on file in this cause fails to affirmatively reflect that
this Court has jurisdiction over this appeal. First, it does not appear that the order
from which this appeal is taken is a final, appealable judgment. Second, it appears
that the parties have filed suggestions of bankruptcy; however, the documents on file
fail to reflect that any bankruptcy stay has been lifted or the case otherwise remanded
to the trial court. Finally, based on the documents on file, we are unable to determine
whether the notice of appeal was timely filed. Pursuant to Tex. R. App. P. 42.3, notice
of these defects was given so that steps could be taken to correct the defects, if it
could be done. Appellants were advised that, if the defects were not corrected within
ten days from the date of receipt of this notice, the appeal would be dismissed for
want of jurisdiction. Appellants failed to respond to this Court's notice. 

 The Court, having considered the documents on file and appellants' failure to
respond to this Court's notice, is of the opinion that the appeal should be dismissed
for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 9th day of November, 2006.